UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL NO. |
| | : | |
| v. | : | |
| | : | |
| | : | VIOLATION: 21 U.S.C. §841(a)(1) |
| JOHN TURNER, | : | and §841(b)(1)(B)(iii) |
| | : | (Unlawful Possession with Intent to |
| Defendant. | : | Distribute 5 Grams or More of Cocaine Base) |

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about January 10, 2002 in the District of Columbia, the defendant, John Turner, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance, and the amount of said mixture and substance was 5 grams or more.

(**Unlawful Possession with Intent to Distribute 5 Grams or More of Cocaine Base,** in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iii))

                                                JEFFREY A. TAYLOR
                                                United States Attorney
                                                for the District of Columbia
                                                D.C. Bar # 498610

By: _____
           EMORY V. COLE
           Assistant United States Attorney
           United States Attorneys Office
           555 4th Street, N.W.
           Washington, D.C.  20530
           (202) 616-3388