FILED
OCT 0 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

AO 455 (Rev 5/85)  Waiver of Indictment

# United States District Court
__FOR THE__ DISTRICT OF __COLUMBIA__

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 07-263 (JR)

I, __John Turner__, the above named defendant, who is accused of __Unlawful Possession with intent to distribute 5 grams or More of Cocaine Base__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __9/20/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer